■ In the Matter of JAMES SYRACUSE LLC, Respondent, v JOHN C. GAMAGE, Assessor, City of Syracuse, et al., Appellants. (Appeal No. 3.) [907 NYS2d 916]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 12, 2009. The order denied the motion of respondents to dismiss the tax certiorari petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Syracuse Indus. Dev. Agency v Gamage* (77 AD3d 1353 [2010] [decided herewith]). Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK SIMMONS, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered August 27, 2009. The judgment convicted defendant, upon a jury verdict, of promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.